IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY     *
  COMMISSION,
                                 *
        Plaintiff
                                 *
v.
                                 * CIVIL ACTION NO.: WMN00-CV-2925
FIRST AMERICAN MANAGEMENT, INC.
                                 *
and
                                 *
CONSOLIDATED MANAGEMENT GROUP,
  INC.                           *

        Defendants               *

*    *    *    *    *    *    *    *    *    *    *    *    *

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants First American Management, Inc. and Consolidated Management Group, Inc., ("Defendants") by and through their undersigned attorneys, move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) to enlarge the time in which the Defendants have to answer or otherwise respond to the Complaint in the above-captioned case. Defendants' answers and/or responses to the Complaint are currently due on or about December 29, 2000. Because Defendants and Plaintiff are attempting to resolve this matter, Defendants seek an enlargement of time to answer or otherwise respond to the Complaint until on or before February 16, 2001.

Counsel for Plaintiff, Equal Employment Opportunity Commission, has agreed to the requested enlargement of time.

JER\2842MSC.2
December 15, 2000

WHEREFORE, Defendants request an enlargement of time for filing their answers or otherwise to respond to the Complaint to on or before February 16, 2001.

Respectfully submitted,

_____
Jeffrey Rockman
Federal Bar No.:  00366

_____
Jonathan P. Sills
Federal Bar No.:  23659

Serotte, Rockman & Wescott, P.A.
Suite 610
Mercantile-Towson Building
409 Washington Avenue
Baltimore, Maryland  21204
(410) 825-7900

Attorneys for Defendants
First American Management, Inc.
 and Consolidated Management
 Group, Inc.

SO ORDERED this 15th day of December, 2000.

_____
Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2000, a copy of the foregoing Defendants' Second Motion for Enlargement of Time to File an Answer or Otherwise Respond to Complaint was mailed by first class mail, postage prepaid to Debra M. Lawrence, Senior Trial Attorney, EEOC/Baltimore District Office, 10 S. Howard Street, Suite 3000, Baltimore, Maryland 21201, Attorney for Plaintiff.

_____
Attorney for Defendants