IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff

v.

FIRST AMERICAN MANAGEMENT, INC.

and

CONSOLIDATED MANAGEMENT GROUP,
INC.

    Defendants

\* CIVIL ACTION NO.: WMN00-CV-2925

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' THIRD MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants First American Management, Inc. and Consolidated Management Group, Inc., ("Defendants") by and through their undersigned attorneys, move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) to enlarge the time in which the Defendants have to answer or otherwise respond to the Complaint in the above-captioned case. Defendants' answers and/or responses to the Complaint are currently due on or about February 16, 2001. Because Defendants and Plaintiff are attempting to resolve this matter, Defendants seek an enlargement of time to answer or otherwise respond to the Complaint until on or before March 9, 2001.

Counsel for Plaintiff, Equal Employment Opportunity Commission, has agreed to the requested enlargement of time.

JER\2842MSC.4
February 8, 2001

WHEREFORE, Defendants request an enlargement of time for filing their answers or otherwise to respond to the Complaint to on or before March 9, 2001.

Respectfully submitted,

_____
Jeffrey Rockman
Federal Bar No.: 00366

_____
Jonathan P. Sills
Federal Bar No.: 23659

Serotte, Rockman & Wescott, P.A.
Suite 610
Mercantile-Towson Building
409 Washington Avenue
Baltimore, Maryland  21204
(410) 825-7900

Attorneys for Defendants
First American Management, Inc.
 and Consolidated Management
 Group, Inc.

SO ORDERED this 9th day of February, 2001.

_____
Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of February, 2001, a copy of the foregoing Defendants' Third Motion for Enlargement of Time to File an Answer or Otherwise Respond to Complaint was mailed by first class mail, postage prepaid to Debra M. Lawrence, Senior Trial Attorney, EEOC/Baltimore District Office, 10 S. Howard Street, Suite 3000, Baltimore, Maryland 21201, Attorney for Plaintiff.

_____
Attorney for Defendants